IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RONALD SANTOS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 05-1375-JE |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) | |

Rory J. Linerud
LINERUD LAW FIRM
P. O. Box 1105
Salem, OR 97308-1105

   Attorney for Plaintiff

David J. Burdett
Michael McGaughran
SOCIAL SECURITY ADMINISTRATION
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, WA 98104-7075

Neil J. Evans
UNITED STATES ATTORNEY'S OFFICE
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902

    Attorneys for Defendant

JONES, Judge:

    Magistrate Judge John Jelderks filed Findings and Recommendation (#17) on March 30, 2007, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation (#17) dated March 30, 2007, in its entirety. The Commissioner's decision denying plaintiff's request for disability benefits is affirmed and this action is dismissed with prejudice.

    IT IS SO ORDERED.

    DATED this 2nd day of May, 2007.

                                                  ROBERT E. JONES
                                                  United States District Judge